IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TAMMY MARIE STIERWALT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00967-O-BP |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY, | § § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant is **ORDERED** to pay Plaintiff Tammy Marie Stierwalt, in care of Ronald D. Honig, an attorney, attorney fees under the Equal Access to Justice Act for 6.95 hours of service performed in 2020 at the rate of $201.20 per hour and 24.25 hours of service performed in 2021 at the rate of $208.20, and $400.00 in taxable court costs, for a total sum of $6,847.19.

**SO ORDERED 9th day** of **December, 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE